# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*July 24, 2007*

[Cite as *07/24/2007 Case Announcements*, 2007-Ohio-3722.]

## MOTION AND PROCEDURAL RULINGS

**2006–1608. State v. Schlee.**
Lake App. No. 2005–L–105, 2006-Ohio-3208. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Lake County. Upon consideration of the joint motion of appellant and amicus curiae Ohio Public Defender for divided oral argument time,
It is ordered by the court that the motion is granted.

## MISCELLANEOUS DISMISSALS

**2007–0948. State ex rel. McIntyre v. Ravenna.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application for dismissal,
It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2007–1035. Cooper Tire & Rubber Co. v. Travelers Cas. & Sur. Co.**
Hancock App. No. 5–06–40, 2007-Ohio-1905. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's application for dismissal,
It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## MEDIATION REFERRALS

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2007–0810. State ex rel. Gebhart v. Indus. Comm.**
Franklin App. No. 06AP–362, 2007-Ohio-1496.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*July 25, 2007*

[Cite as *07/25/2007 Case Announcements*, 2007-Ohio-3699.]

## MERIT DECISIONS WITHOUT OPINIONS

**2006–2079. State ex rel. Griffin v. Smith.**
In Mandamus. On relator's motion for default judgment, motions for judgment on the pleadings, summary judgment, and injunctive relief, motion alleging unauthorized practice of law, motion for sanctions, motion for damages, motion for jury trial on the issue of damages, request for money damages, and motion to arrest judgment, and respondent's notice filed in lieu of response to complaint and notice of dismissal and judgment in United States District Court. This cause was removed from this court to the United States District Court and was dismissed by that court on June 26, 2007. Accordingly, this cause is dismissed. Relator's motions and requests are denied as moot.